Decided September 20, 2006

## EDWARD ASBERRY *v.* COMMISSIONER OF CORRECTION

The petitioner Edward Asberry's petition for certification for appeal from the Appellate Court, 96 Conn. App. 901 (AC 26214), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Kirstin Coffin*, special public defender, in support of the petition.

*Eileen F. McCarthy*, assistant state's attorney, in opposition.

Decided September 20, 2006

## STATE OF CONNECTICUT *v.* LEOTIS PAYNE

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 488 (AC 26247), is denied.

*Auden Grogins*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 20, 2006